VAN–046 Order Dismissing Case 521(i) – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:  
Victor Solice  
303 Devonshire Drive  
Goldsboro, NC 27530

CASE NO.: 16–01745–5–DMW

DATE FILED: April 4, 2016

CHAPTER: 13

ORDER OF DISMISSAL

Pursuant to §521(i) of the Bankruptcy Code, this case was automatically dismissed as to Victor Solice on the 46th date after the filing of the petition for failure to provide documents required by §521(a).

Should the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

SO ORDERED.

DATED: May 20, 2016

David M. Warren  
United States Bankruptcy Judge